*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★   ★   ★   ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00409-CV

Robert Lee **GILL**, Jr.,
Appellant

v.

**STATE** of Texas, County of Bexar, et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2002-TA1-03238
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   March 18, 2009

DISMISSED

Appellant Robert Lee Gill Jr.'s brief was originally due on November 7, 2008. We granted Robert Lee Gill Jr. an extension to December 8, 2008, to file his appellant's brief. No appellant's brief was filed. We then notified Robert Lee Gill Jr. by written order that if his appellant's brief was not filed by February 9, 2009, we would dismiss this appeal for want of prosecution. To date, no appellant's brief has been filed. We, therefore, dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3.

                                    PER CURIAM